IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| Scimed Life Systems, et al | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. 99-904 SLR |
| | ) | |
| | ) | |
| Johnson & Johnson, et al | ) | |


O R D E R


This __10th__ day of ___May___, 2005, it appearing that:

1.    All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2.    The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3.    This case will be forwarded to the FARC after being held for the minimum period of six months.

4.    During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5.    The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1.     When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2.     On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3.     Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4.     Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5.     After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

_____
United States District Judge

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Josy W. Ingersoll**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE:    Scimed Life Systems, et al v. Johnson & Johnson, et al
       CA 99-904 SLR

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by June 1 , 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.



# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00904-SLR
## Internal Use Only

Scimed Life Systems, et al v. Johnson & Johnson, et al          Date Filed: 12/20/1999
Assigned to: Honorable Sue L. Robinson          Jury Demand: Plaintiff
Demand: $0          Nature of Suit: 830 Patent
Case in other court:          USDC/MN, 99cv863          Jurisdiction: Federal Question

Cause: 35:271 Patent Infringement

**Plaintiff**

**Scimed Life Systems, Inc.**          represented by **Josy W. Ingersoll**
                                        Young, Conaway, Stargatt & Taylor
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, DE 19899-0391
                                        (302) 571-6600
                                        Email: jingersoll@ycst.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boston Scientific Scimed, Inc.**          represented by **Josy W. Ingersoll**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Medinol Ltd.**          represented by **Josy W. Ingersoll**
                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boston Scientific Corporation**                    represented by**Josy W. Ingersoll**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Johnson & Johnson**                               represented by**Steven J. Balick**
                                                      Ashby & Geddes
                                                      222 Delaware Avenue
                                                      P.O. Box 1150
                                                      Wilmington, DE 19899
                                                      (302) 654-1888
                                                      Email: sbalick@ashby-geddes.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Cordis Corporation**                              represented by**Steven J. Balick**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson & Johnson Interventional**                represented by**Steven J. Balick**
**Systems, Inc.**                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Guidant Corporation**                                  represented by**Frederick L. Cottrell, III**
*TERMINATED: 05/08/2001*                                           Richards, Layton & Finger
                                                                   One Rodney Square
                                                                   P.O. Box 551
                                                                   Wilmington, DE 19899
                                                                   (302) 658-6541
                                                                   Email: cottrell@rlf.com
                                                                   *TERMINATED: 05/08/2001*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Johnson & Johnson**

**Counter Claimant**

**Cordis Corporation**

**Counter Claimant**

**Johnson & Johnson Interventional
Systems, Inc.**

V.

**Counter Defendant**

Scimed Life Systems, Inc.


**Counter Defendant**

Boston Scientific Scimed, Inc.


**Counter Defendant**

Medinol Ltd.

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2001 | 115 | Opening Brief Filed by Cordis Corporation [114-1] motion to Compel Discovery - Answer Brief due 3/27/01---SEALED--- (rld) (Entered: 03/14/2001) |
| 03/27/2001 | 118 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. [114-1] motion to Compel Discovery - ---SEALED--- Reply Brief due 4/3/01 (rld) (Entered: 03/28/2001) |
| 04/04/2001 | 120 | Reply Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [114-1] motion to Compel Discovery--- SEALED--- (rld) (Entered: 04/05/2001) |
| 04/06/2001 | 121 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. In Opposition to [117-1] motion for Leave to File An Amended Answer & Counterclaim - Reply Brief due 4/13/01--- SEALED--- (rld) Modified on 04/09/2001 (Entered: 04/09/2001) |
| 04/06/2001 | 122 | Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. Appending [121-1] answer brief---SEALED--- (rld) (Entered: 04/09/2001) |
| 04/25/2001 | 127 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. In Opposition to [123-1] motion for Leave to File Surreply Brief in Support of its Motion to Compel Discovery - Reply Brief due 5/2/01---SEALED--- (rld) (Entered: 04/26/2001) |
| 05/07/2001 | 132 | Reply Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [123-1] motion for Leave to File Surreply Brief in Support of its Motion to Compel Discovery ---SEALED--- (rld) (Entered: 05/08/2001) |
| 05/08/2001 | 141 | Opening Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [140-1] motion for Summary Judgment of non-infringement of claims 13 & 17 of the Israel '120 Patent by the Crown and Mini-Crown - Answer Brief due 5/29/01---SEALED--- (rld) Modified on 05/09/2001 (Entered: 05/08/2001) |
| 05/08/2001 | 143 | Opening Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [142-1] motion for Summary Judgment precluding lost profit damages for hypothetical United States Sales of the NIR Stent - Answer Brief due 5/29/01---SEALED--- (rld) Modified on 05/09/2001 (Entered: 05/08/2001) |

| 05/08/2001 | 144 | MEMORANDUM by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. regarding Claim Construction---SEALED--- (rld) Modified on 05/08/2001 (Entered: 05/08/2001) |
|---|---|---|
| 05/08/2001 | 145 | Appendix to Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. Appending [141-1] opening brief and DI 144 memo. on claim construction---SEALED--- (rld) (Entered: 05/08/2001) |
| 05/08/2001 | 147 | Opening Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [146-1] motion for Summary Judgment of non-infringement of the asserted claims by the BX Velocity Stent - Answer Brief due 5/29/01---SEALED--- (rld) Modified on 05/09/2001 (Entered: 05/09/2001) |
| 05/09/2001 | 149 | Opening Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [148-1] motion for Partial Summary Judgment that the asserted claims of the patents-in-suit are not anticipated by US Patent '373 - Answer Brief due 5/23/01---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 151 | Opening Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [150-1] motion for Summary Judgment that the Stent Designs in figures 13,14A and 14B of the Burmeister application are not prior art - Answer Brief due 5/23/01---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 153 | Opening Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [152-1] motion for Summary Judgment of Literal Infringement - Answer Brief due 5/23/01---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 155 | Opening Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [154-1] motion for Partial Summary Judgment that the asserted claims of the patents-in-suit are not anticipated by US Patent No. '417 - Answer Brief due 5/23/01---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 156 | Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific Appending [155-1] opening brief, [153-1] opening brief, [151-1] opening brief, [149-1] opening brief; "Exhibits"---SEALED--- (rld) Modified on 05/10/2001 (Entered: 05/10/2001) |

| 05/09/2001 | 157 | MEMORANDUM by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific re Claim Construction---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/09/2001 | 158 | Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific Appending DI 157; Exhibits to their brief on Claim Construction---SEALED--- (rld) (Entered: 05/10/2001) |
| 05/30/2001 | 162 | Answering Brief by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific to [144-1] support memorandum re Claim Construction---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 164 | MEMORANDUM by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. in opposition to [157-1] pltfs.' opening claim construction brief---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 165 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [152-1] motion for Summary Judgment of Literal Infringement - Reply Brief due 6/6/01 ---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 166 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [142-1] motion for Summary Judgment precluding lost profit damages for hypothetical United States Sales of the NIR Stent - Reply Brief due 6/6/01---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 167 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [150-1] motion for Summary Judgment that the Stent Designs in figures 13,14A and 14B of the Burmeister application are not prior art - Reply Brief due 6/6/01---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 168 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [148-1] motion for Partial Summary Judgment that the asserted claims of the patents-in-suit are not anticipated by US Patent '373 - Reply Brief due 6/6/01---SEALED--- (rld) (Entered: 06/01/2001) |

| | | |
|---|---|---|
| 05/30/2001 | 169 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [154-1] motion for Partial Summary Judgment that the asserted claims of the patents-in-suit are not anticipated by US Patent No. '417 - Reply Brief due 6/6/01---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/30/2001 | 170 | Appendix to Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. Appending answers briefs in opposition to BSC's motions for summary jgm. ([169-1] answer brief, [168-1] answer brief, [167-1] answer brief, [165-1] answer brief); and to [DI 164] memo in resp. to pltfs.' opening claim construction brief.---SEALED--- (rld) Modified on 07/06/2001 (Entered: 06/01/2001) |
| 05/31/2001 | 171 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [146-1] motion for Summary Judgment of non-infringement of the asserted claims by the BX Velocity Stent - Reply Brief due 6/7/01---SEALED--- (rld) (Entered: 06/01/2001) |
| 05/31/2001 | 172 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [140-1] motion for Summary Judgment of non-infringement of claims 13 & 17 of the Israel '120 Patent by the Crown and Mini-Crown - Reply Brief due 6/7/01---SEALED--- (rld) (Entered: 06/01/2001) |
| 06/06/2001 | 181 | Reply Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [140-1] motion for Summary Judgment of non-infringement of claims 13 & 17 of the Israel '120 Patent by the Crown and Mini-Crown---SEALED--- (rld) (Entered: 06/08/2001) |
| 06/06/2001 | 182 | Reply Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [146-1] motion for Summary Judgment of non-infringement of the asserted claims by the BX Velocity Stent---SEALED--- (rld) (Entered: 06/08/2001) |
| 06/06/2001 | 183 | Reply Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [142-1] motion for Summary Judgment precluding lost profit damages for hypothetical United States Sales of the NIR Stent---SEALED--- (rld) (Entered: 06/08/2001) |
| 06/06/2001 | 184 | Reply Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [152-1] motion for Summary Judgment of Literal Infringement---SEALED--- (rld) (Entered: 06/08/2001) |

| 06/06/2001 | 185 | Reply Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [150-1] motion for Summary Judgment that the Stent Designs in figures 13,14A and 14B of the Burmeister application are not prior art---SEALED--- (rld) (Entered: 06/08/2001) |
| --- | --- | --- |
| 06/06/2001 | 186 | Reply Memorandum by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. in support of [144-1] support memorandum re Claim Construction---SEALED--- (rld) Modified on 06/08/2001 (Entered: 06/08/2001) |
| 06/06/2001 | 187 | REPLY MEMORANDUM by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific in support of [157-1] support memorandum re Claim Construction---SEALED--- (rld) (Entered: 06/08/2001) |
| 07/17/2001 | 196 | MOTION by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. with Proposed Order to Compel Discovery into the Woodcock Washburn Opinions Answer Brief due 7/31/01 re: [196-1] motion---SEALED--- (rld) Modified on 07/18/2001 (Entered: 07/18/2001) |
| 07/17/2001 | 198 | Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd. Appending [197-1] opening brief---SEALED--- (rld) (Entered: 07/18/2001) |

| 07/20/2001 | 200 | MOTION by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. with Proposed Order in Limine to exclude Arguments contrary to the jgms. in Cordis v. BSC , and in Limine to limit testimony by legal experts , and in Limine to preclude BSC from suggesting that J&J obtained an opinion of cnsl. from Woodcock Washburn , and in Limine to limit the number of asserted claims , and in Limine to exclude evidence of decisions of foreign tribunals and actions of foreign patent offices , and in Limine to exclude evidence or arguments concerning the enforceability of any of the cited prior art , and in Limine for an order excluding evidence of pltfs.' lost profits for hypothetical lost sales of the NIR Stent and of the NIR Stent's profitability in the U.S. as bearing on reasonable royalties , and in Limine to exclude Creighton G. Hoffman's opinions re royalty rates in the 97-550 Action , and in Limine for an order excluding testimony re any proposed adjustment to the damages awarded in the 97-550 Action , and Answer Briefs due 8/3/01 re: [200-1] motion, re: [200-2] motion, re: [200-3] motion, re: [200-4] motion, re: [200-5] motion, re: [200-6] motion, re: [200-7] motion, re: [200-8] motion, re: [200-9] motion---SEALED--- (rld) Modified on 07/23/2001 (Entered: 07/23/2001) |
| 07/20/2001 |  | Opening Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [200-1] motion in Limine to exclude Arguments contrary to the jgms. in Cordis v. BSC - Answer Brief due 8/3/01, [200-2] motion in Limine to limit testimony by legal experts, [200-3] motion in Limine to preclude BSC from suggesting that J&J obtained an opinion of cnsl. from Woodcock Washburn, [200-4] motion in Limine to limit the number of asserted claims, [200-5] motion in Limine to exclude evidence of decisions of foreign tribunals and actions of foreign patent offices, [200-6] motion in Limine to exclude evidence or arguments concerning the enforceability of any of the cited prior art, [200-7] motion in Limine for an order excluding evidence of pltfs.' lost profits for hypothetical lost sales of the NIR Stent and of the NIR Stent's profitability in the U.S. as bearing on reasonable royalties, [200-8] motion in Limine to exclude Creighton G. Hoffman's opinions re royalty rates in the 97-550 Action, [200-9] motion in Limine for an order excluding testimony re any proposed adjustment to the damages awarded in the 97-550 Action; FILED AS PART OF DI 200---SEE DI # 200 FOR MOTIONS IN LIMINE AND OPENING BRIEFS FILED BY DEFTS.---SEALED--- (rld) (Entered: 07/23/2001) |

| 07/20/2001 | 201 | Appendix to Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. Appending opening briefs to Motions in Limine filed by defts. (DI 200)---SEALED--- (rld) (Entered: 07/23/2001) |
|---|---|---|
| 07/20/2001 | 202 | MOTION by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific with Proposed Order in Limine to preclude defts. from telling the jury anything about previous litigations involving the Palmaz-Schatz and Fischell Patents, and from presenting evidence or argument that the NIR infringes those patents , and in Limine to preclude defts. from telling the jusry about the pending New York litigation between BSC and Medinol over their supply agreement, or any related matters , and in Limine to preclude defts. from introducing any evidence relating to the Arrett Opinion , and in Limine to preclude defts. from using 'cropped' or otherwise distorted drawings or graphics at trial , and in Limine to preclude defts. from introducing evidence or referring to pltfs.' voluntary recall of the NIR on Ranger with Sox or to any ensuing government investigations , and in Limine to preclude defts. from referring to the Court's decision re BSC/Medinol's motion for a preliminary injunction , and in Limine to preclude defts. from referrring to Court decisions from foreign countries , and in Limine to preclude defts. from referencing BSC/Medinol's Injunctive remedy and using the term patent 'monopoly' Answer Brief due 8/3/01 re: [202-1] motion, re: [202-2] motion, re: [202-3] motion, re: [202-4] motion, re: [202-5] motion, re: [202-6] motion, re: [202-7] motion, re: [202-8] motion---SEALED--- (rld) (Entered: 07/23/2001) |

| 07/20/2001 | | Opening Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [202-1] motion in Limine to preclude defts. from telling the jury anything about previous litigations involving the Palmaz-Schatz and Fischell Patents, and from presenting evidence or argument that the NIR infringes those patents - Answer Brief due 8/3/01, [202-2] motion in Limine to preclude defts. from telling the jusry about the pending New York litigation between BSC and Medinol over their supply agreement, or any related matters, [202-3] motion in Limine to preclude defts. from introducing any evidence relating to the Arrett Opinion, [202-4] motion in Limine to preclude defts. from using 'cropped' or otherwise distorted drawings or graphics at trial, [202-5] motion in Limine to preclude defts. from introducing evidence or referring to pltfs.' voluntary recall of the NIR on Ranger with Sox or to any ensuing government investigations, [202-6] motion in Limine to preclude defts. from referring to the Court's decision re BSC/Medinol's motion for a preliminary injunction, [202-7] motion in Limine to preclude defts. from referrring to Court decisions from foreign countries, [202-8] motion in Limine to preclude defts. from referencing BSC/Medinol's Injunctive remedy and using the term patent 'monopoly'---SEALED---FILED AS PART OF MOTIONS DI #202; SEE DI #202 FOR OPENING BRIEFS. (rld) (Entered: 07/23/2001) |
| --- | --- | --- |
| 07/20/2001 | 203 | Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific Appending opening briefs filed as part of DI 202---SEALED--- (rld) (Entered: 07/23/2001) |

| 07/30/2001 | 206 | Answer Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [200-1] motion in Limine to exclude Arguments contrary to the jgms. in Cordis v. BSC - Reply Brief due 8/6/01, [200-2] motion in Limine to limit testimony by legal experts - Reply Brief due 8/6/01, [200-3] motion in Limine to preclude BSC from suggesting that J&J obtained an opinion of cnsl. from Woodcock Washburn - Reply Brief due 8/6/01, [200-4] motion in Limine to limit the number of asserted claims - Reply Brief due 8/6/01, [200-5] motion in Limine to exclude evidence of decisions of foreign tribunals and actions of foreign patent offices - Reply Brief due 8/6/01, [200-6] motion in Limine to exclude evidence or arguments concerning the enforceability of any of the cited prior art - Reply Brief due 8/6/01, [200-7] motion in Limine for an order excluding evidence of pltfs.' lost profits for hypothetical lost sales of the NIR Stent and of the NIR Stent's profitability in the U.S. as bearing on reasonable royalties - Reply Brief due 8/6/01, [200-8] motion in Limine to exclude Creighton G. Hoffman's opinions re royalty rates in the 97-550 Action - Reply Brief due 8/6/01, [200-9] motion in Limine for an order excluding testimony re any proposed adjustment to the damages awarded in the 97-550 Action - Reply Brief due 8/6/01---SEALED--- (rld) (Entered: 07/31/2001) |
|---|---|---|
| 07/30/2001 | 207 | Supplemental Appendix to Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific Appending [206-1] answer brief---SEALED--- (rld) (Entered: 07/31/2001) |

| 07/31/2001 | 208 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [202-1] motion in Limine to preclude defts. from telling the jury anything about previous litigations involving the Palmaz-Schatz and Fischell Patents, and from presenting evidence or argument that the NIR infringes those patents - Reply Brief due 8/7/01, [202-2] motion in Limine to preclude defts. from telling the jusry about the pending New York litigation between BSC and Medinol over their supply agreement, or any related matters - Reply Brief due 8/7/01, [202-3] motion in Limine to preclude defts. from introducing any evidence relating to the Arrett Opinion - Reply Brief due 8/7/01, [202-4] motion in Limine to preclude defts. from using 'cropped' or otherwise distorted drawings or graphics at trial - Reply Brief due 8/7/01, [202-5] motion in Limine to preclude defts. from introducing evidence or referring to pltfs.' voluntary recall of the NIR on Ranger with Sox or to any ensuing government investigations - Reply Brief due 8/7/01, [202-6] motion in Limine to preclude defts. from referring to the Court's decision re BSC/Medinol's motion for a preliminary injunction - Reply Brief due 8/7/01, [202-7] motion in Limine to preclude defts. from referrring to Court decisions from foreign countries - Reply Brief due 8/7/01, [202-8] motion in Limine to preclude defts. from referencing BSC/Medinol's Injunctive remedy and using the term patent 'monopoly' - Reply Brief due 8/7/01--- SEALED--- (rld) (Entered: 07/31/2001) |
| --- | --- | --- |
| 07/31/2001 | 209 | Appendix to Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. Appending [208-1] answer brief---SEALED--- (rld) (Entered: 07/31/2001) |
| 07/31/2001 | 210 | Answer Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [196-1] motion to Compel Discovery into the Woodcock Washburn Opinions - Reply Brief due 8/7/01---SEALED--- (rld) (Entered: 08/01/2001) |
| 08/01/2001 | 214 | Joint Proposed pre-trial order filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys., Boston Scientific---SEALED--- (rld) Modified on 08/02/2001 (Entered: 08/02/2001) |
| 08/06/2001 | 219 | Defts.' CLAIM CONSTRUCTION CHART---SEALED--- (rld) Modified on 08/06/2001 (Entered: 08/06/2001) |

| 08/06/2001 | 221 | Reply Brief Filed by Scimed Life Systems, Boston Sci Scimed, Medinol Ltd., Boston Scientific [196-1] motion to Compel Discovery into the Woodcock Washburn Opinions---SEALED--- (rld) (Entered: 08/06/2001) |
|---|---|---|
| 08/20/2001 | 231 | SEALED Opening Brief Filed by Johnson & Johnson, Cordis Corporation, Johnson&Johnson Sys. [230-1] motion for Reconsideration of [229-1] order specifically re Court's granting of sum. jgm. that the stent designs in figures 13, 14a, and 14b of the Burmeister '320 application are not prior art (rld) (Entered: 08/21/2001) |