HOLLY M. WYGAND
CASE MANAGEMENT ASSISTANT

DIRECT DIAL NUMBER
302-651-7853

May 18, 2005



John Palumbo
844 North King Street
Wilmington, DE 19801

Re:   Claiming of Sealed Documents

Dear John:

I am writing in response to the Order of the Court regarding counsel claiming the sealed documents by June 1, 2005.

Please send to me the sealed documents from the case listed below.

   Scimes Life Systems, et al. v. Johnson & Johnson, et al
   CA 99-904 SLR

   Docket Item Numbers:
   120, 121, 149, 151, 153, 155, 169, 170, 172, 182, 196, 200, 201, 202, 203, 206, 207, 208, 209, 210, 214, 219, 221, 231

Regards,

*Holly M. Wygand*

Holly M. Wygand