# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 24, 2005

Mr. John Palumbo  
Deputy Clerk  
U.S. District Court  
844 King Street  
Wilmington, DE  19899

**HAND DELIVERY**

Re:   Scimed Life Systems, et al. v. Johnson & Johnson, et al.,
      C.A. No. 99-904-SLR

Dear John:

I represented Johnson & Johnson and Cordis Corporation in the above-referenced closed case. I am writing in response to your May 17, 2005 letter, in which you indicated that your office is preparing this file for transfer to Federal Archives, and that any documents which were filed under seal and which are not claimed by counsel by June 1, 2005 will be un-sealed as part of the archiving process.

I would like to retrieve the following sealed filings: D.I.s 115, 120, 132, 141, 143, 144, 145, 147, 164, 165, 167, 168, 169, 170, 181, 182, 183, 186, 200, 201, 208, 209, 210, 214, 219, and 231. I would appreciate your contacting me as soon as they are ready to be picked up.

Thanks.

Very truly yours,

Steve

Steven J. Balick

SJB: mlk  
157319.1

c:   Josy W. Ingersoll, Esq. (by hand)  
     George E. Badenoch, Esq. (via facsimile)  
     Rosa E. Son, Esq. (via facsimile)

