OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/6/05

**Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

      RE:    **SciMed Life Systems, Inc., et al. v. Johnson & Johnson, et al.,**
              CA 99-904 SLR

Dear Counsel:

    Pursuant to the Order entered on 10th of May, 2005 by the Honorable Sue L. Robinson, the following document is herewith being returned to you:

ITEMS:      214.

_____

    A copy of the signed acknowledgment has been attached for your records.

             Sincerely,

             Peter T. Dalleo, Clerk

             By: _____

    I hereby acknowledge receipt of the above mentioned documents

on 6/6/05 .

          _Alexis Parrish_____
           Signature