OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**Steven J. Balick**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

  RE: <u>Scimed Life Systems, et al v. Johnson & Johnson, et al</u>
    CA 99-904 SLR

Dear Counsel:
  Pursuant to the Order entered on 10th of May, 2005 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS: 115,120,132,141,143,144,145,147,164,165,167,168,169,170,181,182,183,186,200
     201,208,209,210,,219, and 231

  A copy of the signed acknowledgment has been attached for your records.

              Sincerely,

              Peter T. Dalleo, Clerk

              By: _____

  I hereby acknowledge receipt of the above mentioned documents
on _____.

         _____
         Signature