IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIMED LIFE SYSTEMS, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-904-SLR |
| | ) |
| JOHNSON & JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

## RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns plaintiffs' trial exhibits, as listed on the

attached Exhibit and Witness List, to counsel or her representative.

**Receipt of the exhibits is acknowledged by:**

X _____

For Josy Ingersoll, Esq.

Date:  7/17/07

Returned by: _____, Deputy Clerk