IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUL 22 AM 8:35

SS

| | | |
|---|---|---|
| SCIMED LIFE SYSTEMS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 99-904-SLR |
| | ) | |
| JOHNSON & JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### RETURN OF TRIAL EXHIBITS

The Clerk of Court hereby returns defendants' trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Steven Balick, Esq.

of Ashby & Geddes

Date: 7/22/08

Returned by: _____, Deputy Clerk